DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**G.T. CONSTRUCTION AND DEVELOPMENT, INC.,**
Appellant,

v.

**CENTURY TILE AND MARBLE, INC.,**
Appellee.

No. 4D2025-0849

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Jr., Judge; L.T. Case No. 062022CA004597AXXXCE.

John Joseph Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellant.

Jason Brent Gonzalez, Samuel Joseph Salario, Jr., Jessica Leighann Slatten, and Raymond Lee Cordova of Lawson Huck Gonzalez, PLLC, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***